FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2020

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLORADO

GREGORY JOSEPH. PODLUCKY, AND )
KARLA SUE PODLUCKY, INDIVIDUALLY )
AND AS TRUSTEE OF 2007 QUALIFIED )
PERSONAL RESIDENCE TRUST )
)
      Plaintiffs )
)
      v. )   Case No. _____
)
PNC BANK NATIONAL ASSOCIATION, )
)        MOTION
      Defendant )
)

I.  INTRODUCTION

PLAINTIFF Gregory Joseph Podlucky, ("Movant" or "Affiant" or "i" or "me" or "my" or any other derivative thereof) tenders this Complaint against Defendant PNC BANK NATIONAL ASSOCIATION for violations of the Absolute Rights as consensually-protected by and through the Constitution For The United States, ("Constitution"), and Civil Rights and Civil Liberties.

II.  JURISDICTION AND VENUE

This Court has subject-matter jurisdiction over this case by and through 28 U.S.C. 1332 (Diversity Jurisdiction).

Venue is proper by and through 18 U.S.C. 1965 and 28 U.S.C. 1391(b)(2), (3) that Defendant resides and is subject to personal jurisdiction in this District.

III.  PARTIES

<u>Plaintiffs</u>

Plaintiff, Gregory Joseph Podlucky, is an individual, a living man, created of flesh and blood.

Plaintiff, Karla Sue Podlucky, is an individual, a living woman, created of flesh and blood.

1

<u>Defendant</u>

Defendant, PNC BANK NATIONAL ASSOCIATION, is a national bank that operates in 21 states and the District of Columbia. Defendant is a banking subsidiary of PNC Financial Services Group, Inc., a bank holding company and financial services corporation based in Pittsburgh, Pennsylvania.

IV.   STANDING

Movant is tendering Motion for granting a quia timet injunction stopping the sheriff's sale scheduled for January 04, 2021 for the sale of Lot No. 19 situated in Ligonier Township by and through an unlawful foreclosure action in the Court of Common Pleas, Westmoreland County, ("Common Pleas Court"), at Docket No. 14CJ05804 for Diversity Jurisdiction by and through 28 USC § 1332 as the parties to the mortgage with PNC BANK NATIONAL ASSOCIATION, the holder in due course from Lincoln Savings Bank to Integra Bank to National City Mortgage, ("PNC"), Movant and Movant's wife, Karla Sue Podlucky, are all citizens of different states, and the amount in controversy is greater than a statutory minimum.  Moreover, Movant is requesting this Court to grant an order removing the foreclosure action at Common Pleas Court to this Court by and through 28 USC § 1441 for the prosecution of irreparable injuries and disabilities for emotional distress and psychological distress resulting from PNC's unlawful acts.

V.   ULTIMATE FACTS

Movant has a fiduciary duty to comply with this Court's restitution order as part of Judgment In A Criminal Case regardless of its unconstitutionality and contradiction of determination by Movant in my previous non-adjudicated petitions, motions, judicial notices and jurat affidavits filed in this Court by protecting my private personal property for use for compliance.

Whereas PNC by and through the foreclosure action has impaired Movant's

2

private personal property for liquidating for contributing fifty (50%) percent of net proceeds from the sale of Lot 19 as required by the said restitution order.

Movant has paid over $220,000.00 plus interest, and made improvements on Lot 19 in excess of $550,000.00, approximately $1,000,000.00 in total with paid interest, and Movant owes a $3,000,000.00 mortgage debt plus accrued interest, approximately $11,500,000, to PIC Partners as well; and i find myself in a position of having my private personal property rights impinged, invaded, violated and destroyed, by and through violations of constitutionally-mandated rights to due process, both procedural and substantive, as statutorily protected by and through 42 USC § 1983 whereby causing a substantial financial loss and burden that includes the revocation of the settlement of PIC Partners and thus causing additional impairment of Movant's private personal property for contributing to restitution. See Pages 2 and 3 of the Counterclaim recorded on April 08, 2019 in Common Pleas Court attached hereto.

Movant and Movant's wife are residents of the Republic of California.

Please take notice that from the inception of the foreclosure action that i have been vigilantly and diligently seeking from PNC the **missing** payment history pages attached to the foreclosure action filing whereby if provided by PNC will prove that the mortgage debt was extinguished.

### Points Of Authorities

By and through 28 USC § 1332 Diversity of citizenship; amount in controversy; costs, Common Pleas Court lacked proper jurisdiction for foreclosure action and therefore its judgments and orders are regarded as nullities, they are not voidable, but simply void, and this even prior to reversal as held by the Supreme Court For The United States for a multitude of

Rulings including Vallely v. Northern Fire Ins. Co., 254 U.S. 348 (1920) at 353 and 354.

i am seeking remedy In Equity for the deprivation of my private personal property rights without procedural and substantive rights to due process as held by the Supreme Court For The United States for a multitude of Rulings including for Union Pacific R.R. Co. v. United Sates, 99 U.S. 700 (1879) at 719, as follows:

> "The precise point to be determined now is, whether a statute which requires the Company in the management of its affairs to set aside a portion of its current income as a sinking fund to meet this and other mortgage debts when they mature, deprives the Company of its **property without due process** of law, or in any other way improperly interferes with **vested rights.**"

i have a conflict with the rules of law and, "When there is a conflict between the rules of law and the rules of equity, the rules of equity shall prevail." as held by the Supreme Court For The United States for a multitude of Rulings including for Merrill v. National Bank of Jacksonville, 173 U.S. 131 (1899) at 164, and Waterman v. Mackenzie, 138 U.S. 252 (1891) at 261 and therefore i respectfully demand equitable remedy and relief from this Court's equity side, **In Equity.**

i have been vigilant and diligent in the contradiction of the foreclosure action, and it is fundamental that equity aids the vigilant, not one who sleeps on his or her rights. See 27A Am. Jur. 2d Equity § 15.

The enforcement of private personal property rights **In Equity** are to be found in the cases where the courts have interposed for preservation of health and physical comfort, for protection of reputation, for protection of civil rights and civil liberties and for protection of the constitutional-rights-of-privacy, all of which have been impinged, invaded, violated and destroyed by and through the unlawful and wrongful acts by PNC and Common Pleas Court in the foreclosure action for which i seek the granting of Motion **In Equity** by

4

this Court's equity side as an Absolute Right to equitable remedy and relief. See 27A Am. Jur. Equity § 42, and as held by the Supreme Court For The United States in a multitude of Rulings including for Madsen v. Women's Health Ctr., 512 U.S. 753 (1994).

This Court's equity side has the authority to relieve against the lack of jurisdiction, i.e. Diversity Jurisdiction, even to the extent of setting aside its own decrees when founded thereon. See Judicature Act of 1873 at 173 U.S. 131 (1899) and 138 U.S. 252 (1891), and Eq. Jur. 14th ed. § 28.

Moreover, i have an Absolute Right to remedy **In Equity** as held by the Supreme Court For The United States for the Ruling for CIGNA v. Amara, 563 U.S. 421 (2011) at IIB, as follows:

> "[3] a maxim of equity states that '[e]quity suffers not a right to be without remedy.' R. Francis, Maxims of Equity 29 (1st Am. ed. 1823)."

### Conclusion Of Equity And Law

It is quite evident that Movant's private personal property rights as an Absolute Right by and through their consent for protecting by and through the Constitution For The United States have been and continue to be impinged, invaded, violated and destroyed by and through the acts perpetrated by PNC as PNC has never provided me with the **missing** payment history pages which in itself is a genuine issue of material fact, and mysterious. Affiant has stated and affirmed by Jurat Affidavit that the two payments for $25,000.00 and $20,000.00, "(Payments"), were tendered to Lincoln Savings Bank and the substantiating documents, ("Documents"), for Payments were destroyed by fire and searched and seized by the UNITED STATES OF AMERICA by and through its Search Warrants at Case Nos. 2:07-mj-00015-ARH through 2:07-mj-00023-ARH-1 as documented on the Search Warrant Inventory Forms, PS Form 8164 that are attached hereto.

PNC has not contradicted Affiant's stated and affirmed by Jurat Affidavit such ultimate fact by either providing the **missing** payment history pages or by and through a jurat affidavit.

Moreover, Karla S. Podlucky's legal counsel has never presented Common Pleas Court or PNC the said Search Warrant Inventory Forms, PS Form 8164, that indicate that Documents were searched and seized, and never moved the courts for following up on such requests to the UNITED STATES OF AMERICA for the said Search Warrant Inventory Forms, PS Form 8164 or requesting the said Search Warrant Inventory Forms, PS Form 8164 again as demanded by Karla S. Podlucky which are delictual faults.

Movant has paid over $220,000.00 plus interest, and made improvements on the vacant lot in excess of $350,000.00, approximately $1,000,000.00 in total with paid interest, and Movant owes $3,000,000.00 mortgage debt plus accrued interest, approximately $11,500,000, to PIC Partners as well; and find themselves in a position of having their private personal property rights impinged, invaded, violated and destroyed by and through violations of constitutionally-mandated rights to due process, both procedural and substantive, as statutorily protected by and through 42 USC § 1983 whereby causing a substantial financial loss that includes the revocation of the settlement of PIC Partners. See Pages 2 and 3 of the Counterclaim recorded on April 08, 2019 in Common Pleas Court attached hereto.

Moreover, PNC has never provided me with the requested certified documentation for the mortgage note assignment from Lincoln Savings Bank, and subsequent holders in due course, to PNC with Movant's acknowledgement, a certified copy of the executed Adjustable Rate Mortgage, and the certified proof of debt as required by law. PNC cannot have it both ways by pursuing remedy as a foreclosure on a single-family residence and then assert that the

foreclosure proceedings governed by Commonwealth of Pennsylvania statutes are not applicable since the property at issue is a vacant lot; these are all genuine issues of material fact.

It is quite evident that there exists Diversity Jurisdiction as defined by Black's Law Dictionary, Eighth Edition, as follows:

> "A federal court's exercise of authority over a case involving parties who are citizens of different states and an amount in controversy greater than a statutory minimum. 28 USCA § 1332. See DIVERSITY OF CITIZENSHIP, AMOUNT IN CONTROVERSY. [cases: Federal Courts 281-360.];

And when a court lacks proper jurisdiction as determined by and through 28 USC § 1332 Diversity of citizenship; amount in controversy; costs, as follows:

> "(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between--
>
> (1) citizens of different states;

its judgments and orders are regarded as nullities, they are not voidable, but simply void, and this even prior to reversal, i.e. Void-Ab-Initio-As-Ultra-Vires as held by the Supreme Court For The United States for a multitude of Rulings.

Consequently, by and through 28 USC § 1332, Common Pleas Court lacked jurisdiction, and has committed an ultra vires act as fraud upon/on the court as held by the Supreme Court For The United States. Therefore, this Court must grant the quia timet injunction and remove the foreclosure action by and through 28 USC § 1441 to this Court.

### Right To Relief
### In Equity

**Wherefore, premises considered, In Equity,** and in the propriety of Movant's rights to due process, both procedural and substantive, and for proper jurisdiction, Movant respectfully requests this Court to grant this Motion for the quia timet injunction and remove the foreclosure action to this Court for redress and adjudication.

7

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: *Gregory Ped Lucky*    Date: *1/23/07*

Subject Address: *345 Cobblestone Ln Lafmier*    Floor/Room No. *Room X - Basement*

Inspector(s): *Shuller*    Case No. *0608 - 1621271 MF (1)*

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | *Blue files - bank statements Ins info - w/p Info* |
| 1 | *Blue folder - Misc Financial records - PSLCU Wish Mutual* |
| | *Mortgage* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
**Pink-***Subject Searched*
**Green-***Evidence Control Officer (Attach to PS Form 714)*

Page _____ of _____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ /. _____

Subject Name: _Thomas Ceraso - Atty. Office_     Date: _02-08-2007_

Subject Address: _2300 Freeport Rd.   New Kensington PA 15068_     Floor/Room No. _____

Inspector(s): _M. Roe, F. Pinola, L. Malek, B. Schwartz_   Case No. _0608.162127MF(1)_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____

Shelf: _____   Table: _____   Wall: _____   Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| ✗ A00267520 | Box of Mail Records Relative to Podlucky   ✗ |
| A00267519 | Maxtor Box Containing Hard Drive Kit - Hard Drive Ser # WMAAT8297U |
| A00267518 | Sky Bank Statements Acct. 4605038809 & 4605115420 dated 11-1 to 30-2006 |
| ✗ A00267517 | White Binder Vol. #1 w/ Documents re the Greg Podlucky   ✗ |
| A00267516 | 2 Copies of Pages From Phone Message Book |
| A00267515 | Palm Pilot Printout. 10 Pages From Atty Ceraso's Palm Pilot |

_[handwritten signatures and notations across lower portion of form]_

DISTRIBUTION OF COPIES.   White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page _/_ of _/_ pages

PS Form 8164. October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Gregory Poducecty          Date: 1/23/07

Subject Address: 345 debblestone Lane   Floor/Room No. 2nd Floor Office - J

Inspector(s) Shuller                    Case No. 0608-1621271 MF(1)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Misc. Papers & Receipts Relating to Registered Mail/etc. |
| 1 | Two Thumb Drives |
| 1 | One Burgundy Box containing dvd Coloring & Misc Clerk stores |
| 1 | HP Mini Laptop & Power cord   S/N LRD4230124 |
| 1 | Misc Records - Manila envelopes Vintage |
| 1 | Dell XPS Computer CPU 35XW67I   S/N MXNDC04B292 |
| 1 | Misc. Papers |
| 1 | Misc. Document & Two Cd's |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page _____ of _____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Gregory Podlucky        Date: 1/23/2007

Subject Address: 345 Cobblestone Lane Ligonier PA    Floor/Room No. __J__

Inspector(s): Sheller        Case No. 0608-1621271 MF(1)

Safe: _____    Cabinet: _____    Credenza: _____    Desk: _____    Drawer: _____

Shelf: _____    Table: _____    Wall: _____    Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | P- A00779432 "Personality" folder ; local tax docs, Zepsa ben claims, Le Nature's cereals & emails |
| 1 | A00779431 File Evidence for lawsuit containing Le Nature's Facts |
| 1 | A00779430 – 3 ring binder w/ deeds, quit claim, mortgages & indentures |
| 1 | A00267521   CD titled "Baum Auction" |
| 1 | A00779427 file: letters from Mellon, Houston Harbaugh - IRS correspondence, e-mails - 2003 IRS forms 709 |
| 1 | A00779433 · Neuro docs, Resume, Building Permits, IRS corresp, LNI docs/ppt |
| 1 | A00779428 · List of bond dealers, bond rates, Merrill Lynch Statement, LNI |
| 1 | A01299865 - binder of Mellon Trust acct docs, folder of Trust acct cy docs, 3 CDs, 4 white envelopes of tax documents |
| 1 | A00779434 SAPP Roofing claim, Tri-city claim, s/w Gas claim |
| 1 | A00781226 File titled MBNA w/ statements, Discover card statement, LNI Confidentiality Agreement |
| 1 | A00779435   2 CD's  1) No title  2) Estate Planning |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DISTRIBUTION OF COPIES: White–U.S. Magistrate (Return with Warrant)
Yellow–Inspector (Attach to PS Form 714)
Pink–Subject Searched
Green–Evidence Control Officer (Attach to PS Form 714)        Page ____ of ____ pages

PS Form 8164, October 1993

\*  Special Cause  \*

In The Name Of The Most High, God The Father, The Omnipotent Potente

\*\*\*In Equity\*\*\*

In The Court Of Common Pleas Of Westmoreland County,
Pennsylvania

| | |
|---|---|
| gregory joseph podlucky And Assigns,<br>    Claimant(s).<br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION, UNITED STATES OF AMERICA, its employees in their capacity, and individually,<br>united states of america, its employees in their capacity, and individually, And<br>KARLA S. PODLUCKY, as trustee of 2007 Qualified Personal Residence Trust,<br>    Respondents. | Civil Division<br>No. 5804 of 2014<br><br>**Counterclaim With Affidavit Of Irreparable Injuries And Disabilities And Assignment Of Counterclaim Interposed By And Through Jurat Affidavit By gregory joseph podlucky**<br><br><br>**By And Through Jury Trial** |

**Counterclaim
With Affidavit Of Irreparable Injuries And Disabilities And
Assignment Of Counterclaim
By And Through
Jurat Affidavit By gregory joseph podlucky**

Arizona state)
        ) ss Jurat Affidavit
Graham county)

i, gregory joseph podlucky, hereby state and affirm by and through the penalties for perjury by and through the laws for the United States Of America and by and through Pa. C.S.A. 4904, before God and man by and through Jurat Affidavit by me that Counterclaim With Affidavit Of Irreparable Injuries And Disabilities And Assignment Of Counterclaim By And Through Jurat Affidavit By gregory joseph podlucky, ("Counterclaim"), is true and correct by and through Ultimate Facts which are the truth, the whole truth, and nothing but the truth, so help me God as follows:

1

**Comes Now** gregory joseph podlucky, a living man, Created of flesh and blood, hereinafter referred to as "Claimant" or "i" or "me" or "my" or any other derivative thereof.

i am producing and filing Counterclaim as a result of egregious acts, improprieties and equitable interference perpetrated by the Respondents, collectively or severally, in conspiracy or not, as documented herein that have caused Claimant to suffer and sustain **irreparable** injuries and disabilities.

Claimant hereby incorporates herein the Ultimate Facts as stated and affirmed by Jurat Affidavit by me from the previous filings with this Court described as "GREGORY J. PODLUCKY'S JURAT AFFIDAVIT" and "GREGORY J. PODLUCKY'S JURAT AFFIDAVIT ***First Amendment***", (collectively as "My Jurat Affidavits"), without reciting such again.

### Statement Of Ultimate Facts

i executed a Mortgage and Adjustable Rate Rider for $220,000.00 for Lincoln Savings Bank for the single-family residence at Lot No. 19 as recorded at Westmoreland County Recorder Of Deeds at MBV 2665, Pages 606-612, ("Lincoln Mortgage"). i did not execute an Adjustable Rate Note.

i am being personally held responsible for 11,400,000usdollars by and through a Mortgage i tendered PIC Partners, ("PIC"), for Lot No. 19 as recorded at Westmoreland County Recorder Of Deeds at MBV 2693, Page 462 for 3,000,000usdollars, ("PIC Mortgage") which includes accrued interest from its inception.

2

i have in good faith made for settlement with PIC for payment of PIC Mortgage outstanding amounts of principal and accrued interest for certain considerations as documented in My Jurat Affidavits, Paragraph 14.

PNC BANK, NATIONAL ASSOCIATION, ("Respondent PNC"), perpetrated actual fraud by not tendering a Satisfaction Piece for Lincoln Mortgage, and then made false allegations that Lincoln Mortgage was not paid-in-full.

KARLA S. PODLUCKY as Trustee of 2007 Qualified Personal Residence Trust, ("Respondent QPRT"), has not exercised her fiduciary duties and responsibilities as Trustee that are assigned by her for prosecuting by and through her attorneys by not consummating the sale of Lot No. 19 to Nican Trust for $177,000.00 as documented in My Jurat Affidavits, Paragraph No. 13, and subsequently to Daniel C. Vittone for $165,000.00 as Nican withdrew its purchase due to equitable interference by and through the United States Of America, and its employees in their capacity, and individually, ("Respondents USA") and united states of america, and its employees in their capacity, and individually, ("Respondent usa"), by and through impingments, violations and destruction of my Absolute Rights, depriving me of my life, my liberty and my property as constitutionally-protected rights, vested-private-property rights, personal, un-lienable, unalienable, substantive due process rights, my Civil Rights by and through 42 USC § 1983, 18 USC § 241 and 18 USC § 242, and Human Rights by and through my consent for protecting by

3

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLORADO

GREGORY JOSEPH. PODLUCKY, AND       )
KARLA SUE PODLUCKY, INDIVIDUALLY    )
AND AS TRUSTEE OF2007 QUALIFIED     )
PERSONAL RESIDENCE TRUST            )
                                    )
              Plaintiffs            )      Case No. _____
                                    )
         v.                         )
                                    )
PNC BANK NATIONAL ASSOCIATION.      )
                                    )      CERTIFICATE OF SERVICE
              Defendant             )
                                    )


    I hereby certify that this twenty-second day of December, 2020, I
have served this MOTION by and through Plaintiff's/Appellant's attorneys
KML Law Group, P.C. by and through the United States Postal Service,
first-class postage pre-paid.

*[signature]*

12-22-2020

Greg Podlucky
6384 Balance Circle
Colorado Springs, CO 80923



United States District Court
Clerk's Office
Alfred A. Arraj Courthouse
Room A105
901 19th Street
Denver, CO  80294-3589

